**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 473 WAL 2017

Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

v.

DAVID CLAPPER,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.